**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: LINCOLN NATIONAL COI LITIGATION | Case No.: 2:16-cv-6605-GJP |
| IN RE: LINCOLN NATIONAL 2017 COI RATE LITIGATION | Case No.: 2:17-cv-04150-GJP |

**PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION OF ACTIONS FOR SETTLEMENT PURPOSES ONLY, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS AND APPOINTMENT OF CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, SCHEDULING OF A FAIRNESS HEARING AND APPROVAL OF CLASS NOTICE**

Pursuant to Federal Rules of Civil Procedure 23 and 42(a), Plaintiffs in the above-captioned actions respectfully move for entry of an Order (i) consolidating the two actions for purposes of settlement only; (ii) preliminarily approving the proposed class settlement reached through arms' length mediation and negotiations between the representatives of the parties memorialized in the Joint Stipulation and Settlement Agreement attached hereto as Exhibit 1; (iii) preliminarily certifying a settlement class and appointing class counsel; (iv) setting a fairness hearing to consider final approval of the proposed settlement, the plan of allocation, service awards, and the application by class counsel for an award of attorneys' fees and litigation expenses; and (v) approving the form, content, and manner of the proposed class notice attached hereto as Exhibit 2.

Plaintiffs' Motion is supported by the accompanying memorandum of law, the exhibits attached hereto, the Declaration of Jeffrey W. Golan, dated March 24, 2023, and all other papers and proceedings of record. Having agreed to the terms and conditions of the Joint Stipulation and Settlement Agreement, Defendants do not oppose the Motion.

Dated:  March 24, 2023

BARRACK, RODOS & BACINE

*/s/ Jeffrey W. Golan*
Jeffrey W. Golan
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
215-963-0600

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
Andrew S. Friedman
Francis J. Balint, Jr.
7301 N. 16th Street, Suite 102
Phoenix, AZ  85020
602-776-5902

SUSMAN GODFREY L.L.P.
Steven G. Sklaver
1900 Avenue of the Start, Suite 1400
Los Angeles, CA  90067-6029
310-789-3100

THE MOSKOWITZ LAW FIRM
Adam M. Moskowitz
Howard M. Bushman
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
305-740-1423

GIRARD SHARP LLP
Daniel C. Girard
Scott Grzenczyk
601 California Street, Suite 1400
San Francisco, CA 94108
866-981-4800

*Counsel for Plaintiffs*