UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LINCOLN NATIONAL COI LITIGATION | Case No.: 2:16-cv-6605-GJP |
| IN RE: LINCOLN NATIONAL 2017 COI RATE LITIGATION | Case No.: 2:17-cv-04150-GJP |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF THE SETTLEMENT CLASS**

Pursuant to Federal Rule of Civil Procedure 23(a), (b) and (e), Plaintiffs hereby respectfully move the Court for an order:

(a) finally certifying the Settlement Class pursuant to Fed. R. Civ P. 23(a) and 23(b)(3);

(b) finding that the Class Notice has been adequate and reasonable, has met the requirements of Rule 23, and has constituted the best notice practicable under the circumstances;

(c) granting final approval of the proposed Settlement as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23(e); and

(d) Directing the entry of Final Judgment, dismissing the Actions (including all individual and Class claims presented thereby) on the merits with prejudice.

This Motion is based on and supported by:

1. the Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Certification of the Settlement Class, and exhibit thereto;

2. the Joint Declaration in Support of Class Counsel's Motion for Approval of Common Fund Payment of Attorneys' Fees, Litigation Expenses, and Service Awards [2016 Action, ECF 252-2; 2017 Action, ECF 126-2];

3. the Declaration of Kimberly K. Ness Regarding Settlement Administration, and the exhibits thereto;

4. the Joint Stipulation and Settlement Agreement filed March 24, 2023 [2016 Action ECF 247-1; 2017 Action ECF 121-1]; and

5. the Court's files in the above-captioned actions.

Dated: September 5, 2023

/s/ Jeffrey W. Golan

Jeffrey W. Golan
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

and

Stephen R. Basser

1

One America Plaza
600 W. Broadway, Suite 900
San Diego, CA 92101

**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**
Andrew S. Friedman
Francis J. Balint, Jr.
7301 N. 16th St., Suite 102
Phoenix, AZ 85020

**THE MOSKOWITZ LAW FIRM**
Adam M. Moskowitz
Howard Bushman
3250 Mary Street – Suite 202
Miami, FL 33133

**SUSMAN GODFREY L.L.P.**
Steven G. Sklaver
Kimberly C. Page
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029

and

Seth Ard
Jillian Hewitt
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

**GIRARD SHARP LLP**
Daniel C. Girard
Scott Grzenczyk
601 California St., Suite 1400
San Francisco, CA 94108

*Attorneys for Plaintiffs and Members of Plaintiffs' Steering Committee*